COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        Equinor Energy LP v. Lindale Pipeline, LLC

Appellate case number:    01-21-00712-CV

Trial court case number:  2019-44547

Trial court:                        157th District Court of Harris County

Appellant's brief is currently due August 1, 2022. On July 8, 2022, appellant filed a motion to clarify the briefing schedule because, although the court reporter has filed all of the volumes of testimony, over 1000 exhibits have not been filed with this Court. Appellant certifies that appellees are unopposed to the requested relief.

Accordingly, the Court grants appellant's motion. The scheduled filing date for appellant's brief of August 1, 2022 is vacated. Appellant's brief is not due until the complete record is filed. *See* TEX. R. APP. P. 38.6(a). Because the complete reporter's record has not been filed, appellant's brief is not yet due. *See id.*

The Court orders the court reporter to file the missing volumes of exhibits requested by appellant **no later than July 26, 2022**. Appellant's brief is due to be filed **within 30 days after the complete reporter's record, including the missing volumes of exhibits, is filed in this Court**.

It is so ORDERED.


Judge's signature: ___/s/ Peter Kelly_____
                ☑ Acting individually    ☐ Acting for the Court


Date:  __July 12, 2022_____